# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| IN RE:  THE TWENTY-SEVENTH PHILADELPHIA COUNTY INVESTIGATING GRAND JURY | : No. 171 EM 2014<br>:<br>:<br>:<br>:<br>: |
| PETITION OF:  OFFICE OF ATTORNEY GENERAL | :<br>: |

## ORDER

**PER CURIAM**

  **AND NOW**, this 14th day of January, 2015, the Application for Extraordinary Relief is **DENIED**.  Per Supervising Judge Diana L. Anhalt's in camera answer, the protective order issued out of concern over retaliation and intimidation against employees of Office of Attorney General as a result of their grand jury testimony.  The order is intended to prohibit only obstruction, intimidation, or retaliation against any witnesses subpoenaed to testify before the grand jury; it is not intended to limit the law enforcement or prosecutorial authority of the Office of Attorney General.